## FORMS TO BE COMPLETED BY PRISONERS FILING A CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983 or 28 U.S.C. § 1331

### 1:CV00-1675

### COVER SHEET

THIS COVER SHEET CONTAINS IMPORTANT INFORMATION ABOUT FILING A COMPLAINT AND YOUR OBLIGATIONS IF YOU DO FILE A COMPLAINT. READ AND COMPLETE THE COVER SHEET BEFORE YOU PROCEED FURTHER.

**************************************************************************

The cost for filing a civil rights complaint is $150.00.

If you do not have sufficient funds to pay the full filing fee of $150.00 you need permission to proceed *in forma pauperis*. However, the court will assess and, when funds exist, immediately collect an initial partial filing fee of 20 percent of the greater of:

1)    the average monthly deposits to your prison account for the past six months; or

2)    the average monthly balance in your prison account for the past six months.

Thereafter, the institution in which you are incarcerated will be required to make monthly payments of 20% of the preceding month's deposits credited to your account until the entire filing fee is paid.

CAUTION: YOUR OBLIGATION TO PAY THE FULL FILING FEE WILL CONTINUE REGARDLESS OF THE OUTCOME OF YOUR CASE, EVEN IF YOUR COMPLAINT IS DISMISSED BEFORE THE DEFENDANTS ARE SERVED.

**************************************************************************

1. You shall file a complaint by completing and signing the attached complaint form and mailing it to the Clerk of Court along with the full filing fee of $150.00. (In the event attachments are needed to complete the allegations in the complaint, no more than three (3) pages of attachments will be allowed.) If you submit the full filing fee along with the complaint, you DO NOT have to complete the rest of the forms in this packet. **Check here if you are submitting the filing fee with the complaint form.** _____

2. If you cannot afford to pay the fee, you may file a complaint under 28 U.S.C. § 1915 without paying the full filing fee at this time by completing the following: (1) Complaint Form; (2) Application To Proceed In Forma Pauperis; and (3) Authorization Form. You must properly complete, sign and submit all three standard forms or your complaint may be returned to you by the Clerk of Court. **Check here if you are filing your complaint under 28 U.S.C. § 1915 without full prepayment of fees.** _____

Please Note: If your case is allowed to proceed and you are awarded compensatory damages against a correctional facility or an official or agent of a correctional facility, the damage award will first be used to satisfy any outstanding restitution orders pending. Before payment of any compensatory damages, reasonable attempts will be made to notify the victims of the crime for which you were convicted concerning payment of such damages. The restitution orders must be fully paid before any part of the award goes to you.

**DO NOT DETACH THE COVER SHEET FROM THE REST OF THE FORMS**

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

~~CRIMINAL NUMBER~~
(Inmate Number)  *C B - 3431*

*Donald Cornelius Gentry*
(Name of Plaintiff) *SCI- SmithField*

*Po. Box 999, 1120 Pike ST*
(Address of Plaintiff)

*Huntingdon PA. 16652*

vs.

*Superintdent, James Morgan et al*
*SCI- SmithField*
*Po. Box 999, 1120 Pike ST*

*Huntingdon PA   16652*
(Names of Defendants)

: **CV00-1675**
:
: _____
: **(Case Number)**
:
:
: **COMPLAINT**
:
: **FILED**
: **SCRANTON**
:
: SEP 2 0 2000
:
: PER _____
:       **DEPUTY CLERK**

TO BE FILED UNDER: __✓__ **42 U.S.C. § 1983 - STATE OFFICIALS**

_____ **28 U.S.C. § 1331 - FEDERAL OFFICIALS**

I.    Previous Lawsuits

A.    If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____

_____

_____

_____

II.    Exhaustion of Administrative Remedies

A.    Is there a grievance procedure available at your institution?
      __✓__ Yes    ____ No

B.    Have you filed a grievance concerning the facts relating to this complaint?
      __✓__ Yes    ____ No

      If your answer is no, explain why not _____

C.    Is the grievance process completed?  __✓__ Yes    ____ No



III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A.    Defendant _James Morgan_____ is employed

as _Superintdent_____ at _State Correctional Institution Smithfie_
_Po. Box 999. 1120 Pike St  Huntingdon Pa. 16452_

B.    Additional defendants _George Weaver,  Medical Supervior_

_(Physician Assistant, Crag Hoffman)_____

_(Physician Assistant, McLinda Baker) "Dr Ronald Long_

"_Dr Salomon_" "_Wexford Health Source_"

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1.    Defentdant James Morgan Violated my 8th Amendment Rights
Defentdant, James Morgan is The Superintdent of SCI
Smithfield whiom is in charge of the over all operation of this
Institution and is responsible of the welfare and health of the
Inmates.
Although I've written to him several times complainting about the
Lack of medical care I've received here at SCIS He has refuse
to respond or take any actions to assure me proper health
care or medical treatment. See Attached statement to support my
claims. my letters and request to him was dated between may and
September 2000.
My complaints was simply ignured.

2.    Defentdents Violated my 8th Amendment
Defentdents George Weaver and Wexford-Health Source
are in charge of daily operation of the medical department
here at Smithfield and total ignored my complaints of lack
of medical treatment and my complaints of pain and
suffering after I complained about medical negligence
and poor medical care by the institutional doctors and
Pa's named in this complaint.

3.    Defentdents Violated my 8th Amendment Rights to  Medic
                                                    Treatme
(Dr Long)(Dr Salomon) Pa McLinda Baker and Pa Crag Hoffman
are all responsible of the inmates health and its their job to
provide proper medical treatment and care to the inmates her
at Smithfield. Although I've requested treatment several times
I've been refused treatment and or proper medical treatment
see attached statement to support my claims of medical neglige
"Deliberate indifference" Cruel and unusual punishment
and medical malpractice.

Page 1

IN THE UNITED STATES DISTRICT COURTS OF
THE MIDDLE DISTRICT OF PENNSYLVANIA

DONALD GENTRY                          CIVIL NO. 11

SUPERINTENDENT JAMES MORGAN
GEORGE WEAVIER MEDICAL SUPERVIOR
CRAIG HOFFMAN
MELINDA BAKER
DR RONALD LONG
DR SALOMON
WAXFORD HEALTH SOURCE

STATEMENT OF MATTERS AND COMPLAINT OR CLAIM

ON OR ABOUT MAY 15 2000 I PURCHASED A BAR OF
SOAP FROM THE INMATE INSTITUTIONAL COMMISSARY THAT
I USED TO WASH MY FACE A SHORT PERIOD LATER
WHICH WAS APPROXIMATELY 45 MIN AFTER USE OF THE
PRODUCT ON 5/26/00 I STARTED TO COMPLAINT TO MEDICAL
EMPLOYEES AND STAFF HERE AT SCI SMITHFIELD ABOUT
THE PAIN FROM THE STINGING REDDNESS RASH AND BURNS
LEFT TO THE FACIAL AREA BUT SIMPLY RECEIVED NO
MEDICAL CARE UNTIL SEVERAL WEEKS LATER WHEN I
FINALLY SAW PA HOFFMAN ON 6/22/00 WHEN INDICATED
NO TREATMENT

I THEN SAW PA HOFFMAN AGAIN ON
6/30/00 NO EXAMINATION AND NO TREATMENT WAS
INDICATED ON 7/6/00 I FILED A DC 804 INMATE
GRIEVANCE COMPLAINT SEEKING HIGHER AUTHORITIES
ASSISTANCE IN WHICH I ALLEGATED THAT I WAS
BEING REFUSED PROPER MEDICAL TREATMENT THE
GRIEVANCE WAS PROCESSED AND I RECEIVED A
COPY WITH MY GRIEVANCE COMPLAINT NO. FINALLY
ON 7/9/00 DR SALOMON WITHOUT GIVING ME A
EXAMINATION ORDERED ME A CREAM CALLED
HYDROCURTIANE WHICH ONLY CAUSED MY FACE TO
PEEL

Page 2

TURN DARK AND STING WORSER. AFTER SEVERAL DAYS OF STRESS AND LACK OF SLEEP I ASKED TO SEE THE DOCTOR AND WAS REFUSED. AND THE MEDICAL SUPERVICR MR GEORGE WEAVER REFUSED TO ASSIST ME ALTHOUGH I WROTE HIM SEVERAL COMPLAINTS THROUGH THE INMATE DC-135 A REQUEST SLIP AND COMPLAINT TO STAFF. WHEN I COMPLAINED TO HIM HE WROTE AND STATED "QUOTE" THREE OR 4 WORDS SIGN UP FOR SICK CALL OR SEE SICK CALL. I THEN AGAIN SIGNED UP FOR SICK CALL AND SAW PA MELINDA BAKER ON 7/25/00 WHOM TOLD ME THAT SHE WAS NOT

going to treat my Problem. Because she could not see it. She never looked at my Face or FELT IT to see if there was a Problem she only spoke with me for approximately 30 second through a 6 x 11 hole in the Door in the R-H-U in which is used to take in and take out mail and food trays and told me that she could not see any thing when tryed to talk to her about my medical concerns she walked away Joking with another staff person about my Face. I could not make out what she said so I will not attemp to make False allegations.

APPROXIMATELY THREE weeks later after several more complaints to high authorities and he Also refused me treatment and or proper treatment When He came to see me he asked me why are you still complainting about your Face I then stated to explain to Him that I was in Pain from the stinging or my Face. He Cut me off in mid sentence and said "quote" theres nothing wrong with your Face and walked away from my cell.

page 3

I've written several letters and request forms to the Medical Department contact company which is listed under the name of Wexford Health Source, and to the Institutional Superintendent James Morgan. But received no respone. They simply ignored my complaints. On Friday I saw DR Ronald Long again and he simply came to my cell and asked me whats your complaint this time. I briefly explained and he said theres nothing wrong with you and walked away the correct date was September 2000.

Laws to support LEGAL CLAIMS against Defendants Superintindent, James Morgan, Medical Supervior George Weaver, PA. Crag Hoffman, PA. Melinda Baker DR Ronald Long DR. Salomon and Wexford Health Source all violated my 8TH Amendment Constitutional Rights by inoring my complaints of pain and suffering lack of Medical care and Medical malpractice "and" Deliberate indifference "as well as medical Negligence a few cases to support my claims are Griffin V Maricopa Court. Maricopa County Superior Court case No. CV-95-16461 and Todaro V. Garraby 443 F. Supp. 956 (D.R.I 1977) affd 599 F. 2d 17 (1st cir 1979

VERIFICATION

I Donald Gentry declare under penalty of perjury that the above statement and claims are true and correct

X Dnld Gentry

Donald Gentry

V.   Relief

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

1.   I Request the Court to grant me a Faverable Judgement in the amount of $5.000 Compensatory Damages and $5.000 Punitive Damages. For Prior Pain and Suffering and mental Stress, or grant me a Trail or fair amount in Damages.

2.   I Request to Court to order Prison officials to Take me To a Skin Specialist To check For n Further Damages That I'm Likely to Suffer. If Theres Any I Request A Fair Amount For Those Damages and Treatment While I'm Incarcerated

3.   I Request That The Court order That Prison officials do Not Threatin. Harass me or Tamper with my mail or Punish me Because of This Law Suit I Also Request The Court to order The Administrati ~~correctional~~ to Place me In Single Cell Until The out com of This Law Suit.

Signed this ___14TH___ day of ___September___, ~~19~~ 20,00

x _Dencld Cornelius Gunty_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

___9/14/00___
(Date)

x _Dencld Cornelius Gunty_
(Signature of Plaintiff)

*Exhibit A*                    August 11- 2000

Superintdent, James Morgan

State Correctional Institution At

SmithField

Po. Box 999. 1120 Pike St

Huntingdon PA. 16652


Dear Mr. Morgan

During the months of June, July
And August of 2000 I Personal sent you Correspondence
in the Form of a DC-135A Inmate Request Form
To Staff Complainting About the Institutional medical
Department Doctors, Nureses and PA's whom Has
Continuously Refused me Proper medical Treatment
For the injuries to my Facial area. Which Has
Been very irritated and Painful During the
Pass Three months. Which Has Caused me a
great Deal of Stress Do to the Fact that
I'm

Continuously Worryed About the Future
And Current Offects that these injuries
Will Cause to my Facial Skin. Which is
Already Dark and Has a great Deal of
Shots in area of my Face. Dr Long. PA
Baker, PA Hoffman And Dr Salomon All
Current medical Staff at SCI-SmithField
And Have Each Refused to Proper Treat my
Current illness

AND INJURIES, WHICH HAS ALREADY CAUSED SOME
FACIAL DAMAGES AND A GREAT DEAL OF STRESS
AND PAIN AND SUFFERING I'VE REQUESTED TO
BEEN SEEN BY A SKIN SPECIALIST SEVERAL TIMES
BUT WAS REFUSED BY DR RONALD LONG PA
CRAY HOFFMAN DR SALOMON AND PA MELINDA
BAKER. HOWEVER DR SALOMON GAVE ME CREAM
TO BE APPLIED TO MY FACE FOR TWO WEEKS
AFTER I FILED A GRIEVANCE ON 7/6/00 AGAINST
THE

MEDICAL DEPARTMENT AND BEING PRIOR REFUSED
TREATMENT FOR SEVERAL WEEKS I LATER FOUND
OUT THAT THIS CREAM ONLY WAS A COVER UP
OR NOT TO COVER UP MEDICAL NEGLIGENTS AND
I LATER FOUND OUT THAT HE ACTUALLY GAVE
M

E A MEDICATION THAT WOULD NOT HELP MY
PROBLEM BUT ONLY MAKE IT WORSE THIS IS
CALL

DELIBERATE INDIFFERENCE. THEREFOR I
WOULD RESPECTFULLY LIKE TO REQUEST YOUR
HELP AND ASSISTANCE IN TRYING TO RECEIVE
THE PROPER MEDICAL TREATMENT HERE AT
SCI SMITHFIELD BEING THAT YOU ARE THE
ONE WHOM IS IN CHARGE OF THE OVER
ALL OPERATION OF THIS INSTITUTION IF

ARE IN NEED OF MORE INFORMATION FROM ME
TO ACT ON THIS REQUEST PLEASE CONTACT ME
immediately AND I WILL FORWARD TO YOU
ANY INFORMATION THAT I HAVE THAT WILL BE
HELPFUL TO YOU. I WANT TO THANK YOU ~~FOR~~
AND YOUR STAFF FOR your TIME AND ANY
ASSISTANCE THAT you ARE ABLE TO give me
IN RESOLVING THIS MATTER.

YOURS VERY TRULY

Donald G Toney

CC:





**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. $Smi - 251 - 00$

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| MRS. SHARON M. BURKS | SCI-SmithField | 7/6/00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| MR. DONALD GENTRY CB-3431 | x Donald Gentry | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| N/A | J/A        cell 2 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

M.AM ON 6/24/00 I SENT YOU A COMPLAINT Addressing Medical Problems AND YOU REFERRED ME BACK TO LT. SIMPSON PLEASE Be Advised THAT I've SPOKEN WITH LT SIMPSON AND HE WAS UNABLE TO ASSIST ME. HE WAS Also CONFUSED AS TO WHY you WOULD REFER ME TO HIM TO RESOLVE MY PROBLEMS WITH MEDICAL. AND I HAVE ENCLOSED YOUR PRIOR RESPONSE IN MY FILES FOR THE COURTS. ONCE AGAIN I HAD REQUESTED MEDICAL CARE SEVERAL TIMES DURING THE MONTH OF JUNE FOR A RASH AND SKIN PEELING OF THE FACE AND WAS REFUSED TREATMENT BY DR CREG HOFFMAN, DR SOLOMON, AND DR MACHMILLING. NURES Kelly CoSALL EVEN TOLD DR SOLOMON TO COME SEE ME ON SUNDAY JUNE 18-2000. BECAUSE SHE MUST HAVE NOTICE THE CONDITIONS OF MY FACE ONCE I STARTED TO COMPLAINT TO HER DURING HER ROUNDS. DR SOLOMON CAME AT HER REQUEST AND TOLD ME HE SAW A RASH AND WOULD ORDER ME A CREAM I NEVER RECEIVED THE CREAM AND WAS CHARGED FOUR TIMES TO SEE THE P.A. AND WAS REFUSED TREATMENT All FOR TIMES. THATS A VIOLATION OF THE D.O.C POLICY AS WELL AS A VIOLATION OF MY 8TH AND 14TH AMENDMENT RIGHTS TO MEDICAL TREATMENT. BEINGS THAT THIS PROBLEM WAS CAUSED BY A FACIAL SOAP THAT I RECEIVED FROM THE INSTITUTIONAL COMMISSARY CALLED (NEUTROGENA) I REQUEST A REFUND TO MY ACCOUNT FOR THE SOAP. FOR MEDICAL FEES AND REQUEST ACTION AGAINST THE EMPLOYEES ABOVE. FOR MAKING ME SUFFER FROM STRESS AND FOR MAKING ME SUFFER FROM THE PAIN OF THE BURNS TO MY FACE FOR FOUR DAY WITHOUT TREATMENT.

B. Actions taken and staff you have contacted before submitting this grievance:

I've FOLLOWED All OF THE PROCURES OF THE INMATE HAND BOOK UNDER THE DC-804 POLICYS I'VE Also SPOKEN TO LT-SIMPSON, DR SOLOMON DR HOFFMAN, DR MICKMILLING. AND I'VE WRITTEN TO OTHER MEDICNE STAFF AND EMPLOYEES. NONE OF THE STAFF OF EMPLOYEES I'VE SPOKEN TO HAVE BEEN ABLE TO ASSIST ME. IN RESOLVING MY MEDICAL PROBLEM. THERE FOR YOUR ACTIONS ARE REQUESTED PRIOR THE D.O.C DC-804 POLICY

                                                                    THANK YOU.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Sharon M. Burks                                                        7/7/00
Signature of Grievance Coordinator                                     Date

DC-804
PART II

 (EXHibit )

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P. O. BOX 598**
**CAMP HILL, PA  17001-0598**

**OFFICIAL INMATE GRIEVANCE**
**INITIAL REVIEW RESPONSE**                           **GRIEVANCE NO.  SMI-251-00**

| To: (Name and DOC No. | Institution: | Quarters: | Grievance Date: |
|---|---|---|---|
| Donald Gentry     CB-3431 | Smithfield | J/A | 7/6/00 |

**The following is a summary of my findings regarding your grievance:**

You state in your grievance that you requested medical care several times in June.  You claim that you were seen on sick call and by the doctor.  You claim that the doctor said he would order you cream, but you did not get it.  Your grievance states that you were "refused" treatment, you claim violation of DOC policy, 8th and 14th amendment rights  You go on to say that soap which you purchased in the commissary caused your problem and you request a refund for the soap and the medical fees.   You ask that action be taken against employees for stress and suffering.

**Disposition:**

I have reviewed your medical record.  During the month of June, you were seen on sick call three times for complaints of a rash on your face.  No treatment was indicated, however, you were not refused treatment.  The examination was done, recommendations were made.  This is the service you were charged for, in accordance with the DOC policy.  Dr. Salomon saw you on 7/9/00, but your grievance was written on 7/6/00.  Dr. Salomon did not order anything for you in the month of June.

This grievance has no merit.

GW:smm

Category:  Medical

Cc:  Superintendent Morgan
     Deputy Biviano
     Major Norris
     Captain Glenny
     DC-15
     File

07.19

_Grievance Officer_                    7/14/00

| Refer to DC-ADM 804, Section VIII for instructions on grievance system appeal procedures. | SIGNATURE OF GRIEVANCE OFFICER | Date: |
|---|---|---|
| | _Sharon M. Burks_ | 7/19/00 |

IN _e SUPERINTDENTS OFFICE

*Received*
*No*
*Response*

TO: JAMES MORGAN, SUPERINTDENT

FR: DONALD GENTRY CB-3431   J/A 2

DATE: 8 1-2000

SUBJECT: GRIEVANCE APPEAL


### APPEAL FROM GRIEVANCE NO SMI-251-06

SIR ON 7/21/00 I RESPECTFULLY SENT YOU A DC-804 PART II GRIEVANCE APPEAL ALLEGNTING OF VIOLATIONS OF MY 8TH AMENDMENT RIGHTS TO PROPER MEDICAL CARE AND MEDICAL TREATMENT. BUT YOU HAVE SIMPLY REFUSED TO RESPONSE IN 5 WORKING DAYS PRIOR THE INSTITUTIONAL POLICY. HOWEVER I'M SENDING YOU THIS APPEAL IN HOPES THAT YOU WILL RESPONE. ON 7/21/00 I RECEIVED A INITIAL RESPONSE FROM THE INSTITUTIONAL GRIEVANCE OFFICER.

ON GRIEVANCE NO. SMI-251-06 STATING THAT MY GRIEVANCE HAD NO MERIT. AND ALTHOUGH I CONTINUE TO COMPLAINT ABOUT THE LACK OF MEDICAL TREATMENT. AND POOR MEDICAL CARE I'VE RECEIVED FOR MY FACIAL SKIN AND THE PAIN AND STRESS I'M CURRENTLY SUFFERING DO TO THE BURNING STINGING AND IRRITATED SKIN TO MY FACIAL AREA I HAVE NOT RECEIVED NO ACTIONS AND NO TREATMENT

HAS BEEN INDICATED. I CONTINUE TO

ANSWERED. THIS IS CALLED CRUEL AND UNUSUAL PUNISHMENT. IN THE INITIAL RESPONSE MR WEAVER THE MEDICAL SUPERVIOR CLAIM THAT I WAS NOT REFUSED TREATMENT. BY THE INSTITUTIONAL DOCTORS AND PA's BUT THEN HE SAY THAT ALTHOUGH I SIGNED UP FOR SICK CALL AND SPOKE WITH THE PA ABOUT MY PROBLEM "NO TREATMENT WAS INDICATED" DURING THE MONTH OF MAY, AND JUNE 2000 I MADE SEVERAL COMPLAINTS

To SEVERAL NURESES AND MEDICAL STAFF BUT RECEIVED NO TREATMENT UNTIL MID JULY 2000 AFTER I FILED A INMATE DC-804 COMPLAINT ON July 4. 2000. NO ONE STILL CAME TO SEE ME UNTIL NURES Kelly Coball TOOK IT UPLINE HER SELF AND SPOKE WITH DOCTOR SALOMON. THATS WHEN DOCTOR SALOMON

ORDERED THE CREAM WITHOUT PROPERLLY GIVING ME A EXAMINATION. THE CREAM HE GAVE ME MADE MY SKIN TURN DARK AND STING WORSER. NO FARTHER TREATMENT HAS BEEN INDICATED AND ALL OF MY COMPLAINTS HAS SIMPLY BEEN IGNORED, THEREFORE I PRAY THAT YOU WILL NOT IGNORE THIS APPEAL AND ORDER YOUR MEDICAL STAFF TO PROPER TREAT ME

YOURS TRULY

Donald Foley

CC: MY FILES

FINAL GRIEVANCE APPEAL

RECEIVED
TO
RESPON[S]

TO: MR Robert Bitner, PA Department of Corrections

FR: Donald Gentry, CB-3431 SCI - Smith Field

DATE: August 21- 2000

Subject: Grievance Appeal

APPEAL FROM GRIEVANCE NO. SMI 251-00

MR Bitner my First appeal to you went without
an answer please Briefly Review my allegations
and make a Favorable Judgement. During The
months of May, June, July and August of 2000
I've Made Several Complaints to Institutional
Medical Staff and Received No Treatment For
my illness and injuries. During Those months
I've Suffered a great Deal of Pain and Mental
Stress.

Please Review my prior appeal To
your office and my appeal to Superintendent
Morgan and make what every arrangements
Necessary to Resolve This matter.

Yours Truly
Donald Gentry
Donald Gentry

CC: My Files
Superintendent Morgan