IN THE UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF PENNSYLVANNIA

DONALD GENTRY

V.

SUPERINTENDENT, JAMES MORGAN
GEORGE WEAVER, MEDICAL SUPERVIOR
CRAIG HOFFMAN
MELINDA BAKER
DR. RONALD LONG
DR. SALOMON
WEXFORD HEALTH SOURCE

CASE NO. 1:CV00-1675

FILED
SCRANTON
SEP 20 2000
PER ___ DEPUTY CLERK

### REQUEST FOR APPOINTMENT OF COUNSEL

PLAINTIFF DONALD GENTRY MOVE IN THIS COURT FOR APPOINTMENT OF COUNSEL BECAUSE HE IS LACKING LEGAL KNOWLEDGE OF THE LAW TO FULLY PROCEED IN THIS MATTER PRO-SE THE PLAINTIFF FOLLOW STATES THAT HE HAS REQUESTED TO PROCEED IN FORMA PAUPERIS AND CAN NOT AFFORD TO EMPLOY AN ATTORNEY.

1. PLAINTIFF'S HAS ENCLOSED A CIVIL LAW SUIT UNDER SECTION 1983 MAKING ALLEGATIONS, CLAIMS, AND COMPLAINTING OF VIOLATIONS OF HIS 8TH AMENDMENT RIGHTS.

2. PLAINTIFF IS LACKING KNOWLEDGE OF THE LAW BUT WAS ABLE TO COMPLET THE ENCLOSED COMPLAINTS AND MOTIONS WITH THE HELP OF A JAIL HOUSE LAWYER WHOM WILL PROBABLY BE TRANSFERRED TO ANOTHER INSTITUTION NEXT WEEK AND WILL BE OF NO FARTHER ASSISTANCE TO THE PLAINTIFF IN HAVING A FAVERABLE OUT COME.

3. THE PLAINTIFF IS CURRENTLY HOUSED IN THE INSTITUTIONAL R-H-U AND DO NOT HAVE ACCESS TO A TELEPHONE, PROPER LAW BOOKS, JAIL HOUSE LAWYERS.

or funds on his inmate account to pay for law books or copys at this time.

4. Plaintiff base his request on lack of knowledge of the law, and that without appointment of counsel his chances of a favorable out come will be very slim. As support of this request plaintiff request that the courts briefly review the in forma pauperis law, 28 U.S.C sec 1915(B)

5. Please see Gordon v. Leeks 574 F. 2d 1147, 1153 (4th Cir. 1978.

Therefore plaintiff, requestfully request appointment of counsel.

Date: September 14/2000         x Donald Gentry
                                DONALD GENTRY

Donald Gentry CB-3431
SCI-Smithfield
P.O. Box 999, 1120 Pike St. Huntingdon PA. 16652
Pre-se
In Propria Personam

VERIFICATION

I declare under penalty of perjury that the above statement is true and correct to the best of my knowledge.

                                x Donald Gentry
                                DONALD GENTRY

September 14/2000

United States District Courts
Middle District of PA
P.O. Box 1148
Scranton, PA 18501

Mrs. D'Anarea

I'm enclosing three copys of my hand written request for appointment of counsel. If this form is not in the proper form, please do not let it cause any delay in the proceedings of my lawsuit. Just simply tell me my mistakes and I will re-write them and forward them to the courts on a later date.

Yours truly,
[signature]