IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MR. DONALD GENTRY CB-3437
SCI- Smithfield
Po. Box 999, 1120 Pike ST
Huntingdon PA. 16652
**Name of Plaintiff(s)**

v.

Superintendent, James Morgan, et al
State Correctional Institution at Smithfield
Po. Box 999 1120 Pike ST
Huntingdon PA 16652
**Name of Defendant(s)**

Civil Case No. 1:CV00-1675

Judge

(Number and Judge to be assigned by court)

FILED SCRANTON
RECEIVED SCRANTON
SEP 20 2000
PER _____ DEPUTY CLERK
MARY E. D'ANDREA, CLERK
Per

## APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. __✓__ I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. __✓__ I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?   Yes ___   No __✓__

   (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
   Yes __✓__   No ___

(b) Please explain in detail why you are under imminent danger of serious physical injury:

*Because the prison officials have already tryed to place me in the cell with inmate whom they know that I don't get along with to fight. And one officer has also already assaulted me and caused minor damage. Alot of the medical staff has family that works here as officers or other prison officials.*

4. (a) Are you presently employed at the Institution? Yes ___ No ✓

   (b) If yes, what is your monthly compensation? $ 0

5. Do you own any cash or other property; have a bank account; or receive money from any source? Yes ___ No ✓

   If the answer is "yes" to any of the above, describe each source and the amount involved.

   *N/A*

I certify under penalty of perjury that the foregoing is true and correct.

Executed on *September 14, 2000*        X *Daniel Cornelius Gentry*
              (Date)                          (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

2