October - 11 - 2000

United States District Court
Middle District
P.O. Box 1148
Scranton, PA 18501-1148

FILED SCRANTON OCT 16 2000 PER DEPUTY CLERK

Re: Case No. 1cv.1675 Gentry v. Morgan

Dear Whom it may concern,

I'm inmate Donald Gentry bearing inmate no. CB-3431 whom is currently housed at the State Correctional Institution here in Huntingdon PA. Whom has just recently brought an civil action 1983 lawsuit in your honorable courts against the current superintendent and several medical employees. But still have not yet heard from the courts concerning the requested court orders that I requested while my case is under consideration. I would like for the courts to order the staff not to

harass me, take my mail, or put me in a cell with another whom they know that I do not get along with. It probably would be best if I was giving a single cell. Because the R.H.U. LT's are currently harassing me and trying to abuse me through the other inmates. By placing me in the cell with a mental ill inmate whom walk the floor all day and all night singing. Which has caused me to get into many disagreements with him. At one point we got into a fight.

And the (LT) LT. B.S. Leak still would not move me to another cell. Although I've asked him to move me several time. What I'm trying to point out through this letter. Is that my case has already caused the staff to harass me. And I'm writing to ask for some assistance.

from the courts. As one nurse put it the courts ain't going to help me. Another nurse, nurse Kelly Coball said that she was not going to help inmate Gentry. This was one of the nurses that knew about my injuries and prior reported them to Dr. Salomon. Whats happening is that most of the staff are conspiring together and pluting on how to make me loss my case. PA Melinda Baker has continued to refuse me treatment for my skin. Just recently I signed up for sick call and requested some lotion

or cream for very dry and peeling skin. Ms Baker whom is also a defendant in the above case told me to put my foot on the door so I did so. She then stated that it was only very very dry skin and walked away. When I mentioned the courts she told me to make sure I spill her name right. The medical staff are so untrained that two inmate has died this year all

Because they do such a poor job. I currently have several documents in my cell from the institutional chaplain, and nurses whom witness my refusal of medical treatment that I've just recently got and I'm waiting to send them to the courts as soon as I hear from you.

Yours very truly

Donald Gentry

DONALD GENTRY

Mr. Donald Gentry CB-3431
SCI-Smithfield
P.O. Box 999, 1120 Pike St
Huntingden, PA 16652