PAGE #1

OCT-21-2000

REQUEST FOR EMERGENCY HELP AND COURT ASSISTANCE

FILED
OCT 2 5 2000

Mrs. Mary E. D'Andrea
U.S. District Court
P.O. Box 1148
Scranton Pennsylvania 18501

Dear Mrs. D'Andrea

I'm inmate Donald Gentry whom bares inmate No. CB-3431 whom is currently housed at the State Correctional Institution at Smithfield here in Huntingdon PA. whom is also the plaintiff in case No. 1:CV00-1675 Gentry v. Morgan. Which is filed on September 20-2000. In which I have made several allegations against the institutional medical dept. I've also asked the courts to issue a court order to keep the staff from harassing me, threatin me, or taking away my mail. However the court has not issued this order. And I'm having several problems.

Which started on Sunday September 26-2000 when Lt. B.S. Lear first threatin to kill me. And ordered his officers to take away my mail, request forms to staff and he also gave my cellie orders not to give me nothing or the staff would abuse him. I've also requested legal telephone calls and was refused prior one Sgt. on one occasion inmate Gentry you don't get nothing the whole point is they know that they

was wrong for refusing me proper health care and now they are abusing me and taking away my mail in a attempt to make me loss my case as Lt. B.S. Lear put it you'll never win no free money as long as I'm here. Its not about money its a matter of my health and my civil rights being

violated. I've taking the time to speak with several officers and they expressed to me that they were only following the orders of their supervisor. At this point I'm not able to correspond with family members, friends or my criminal attorney because the mail is being tampered with. What the officers do is take the mail and open it and read it, and if its something that will help me or from someone who is trying to assist me

they simply do not give it to me. They gave it to someone else or throw it away. I have people all over the US who writes to me. Have at one point I use to receive mail every day it then went to two days a week. And once I filed my civil complaint it stoped all together. The Lt's, major's and some of the officers seem to think that I'm crazy. But a crazy person can't file a pro-se law suit or

write to the courts and tell them what's taking place inside of the prison system. Heres a little proof how can a crazy person tell you that the slaves was freed in 1864 or tell you that 9x9=81. Other then my face being irritated I'm also in good health. So if something happens to me in here its because the courts refused to assist me. My

father has personally wrote to the PA Dept. of Corrections and my sister in law has written to several places their complaints simply went unanswered. If you would like to

PAGE #3

confirm these statements all you have to do is write to them, or call them. My father can be located at, Pastor, Charles Gentry 2309 Ruffin Rd. Richmond VA. 23234, (Phone) [804] 232-0446 and my sister in law can be reached at Patsy Ann Gentry P.O. Box 674 Fleischmanns NY 12430. Some of the inmates whom could possible confirm the way the staff treat us is inmate John Hall, inmate John Taylor BX 9572, and a few others whom are also housed

Here at SCI-Smithfield. I've written to the PA Prison Society here in Huntingdon, and to the Daily News about their wrongful actions also. The Daily News failed to interview me and Prison Society failed to assist me. My only hope now is the Courts. Witch is why I'm writing this letter. Every day that Lt. B.S. Gene comes to work he makes it a point to harass me for no reason. My father wants to come to

visit me. But the institution will not allow the prison chaplain to assist me. My counselor Angela Zimmerman refuse to approve my phone calls to my attorneys, and I have not spoken to my family in over 8 months. What I really need for the Courts to do is grant me a court order again the Institutional staff which will order them not

to abuse me, take away my mail and to send me to a skin doctor to check my skin to see whats possible causing the irritation. If the Courts dont give them orders they are going to continue to take away

PAGE #4

my mail and refuse me proper medical treatment. Before I filed my case the courts informed me that before they could assist me I would have to file a complaint with the courts. However I have filed a complaint and I'm still not being assisted by the courts prior the rules. I believe that the prison officials think that they have more power and authority then the courts because Lt. Lear once made a statement that this was his play ground and that he run this when I mentioned the courts. To be sure that the courts receive my mail I have to send it certified and I do not have the money to continue to do so. The courts should also send their mail to me certified that way if some one gets it they have to sign for it. Enclosing I'll be deep in prayers that I hear from you very soon.

Yours Truly
Donald Gentry

Donald Gentry CB-3431
SCI-Smithfield
P.O. Box 999, 1120 Pike St
Huntingdon PA. 16652