Page 1 of 4

NOV-1-2000

1:00CV1675 (KW)

UNITED STATES DISTRICT COURT

235 NORTH WASHINGTON AVE

PO. BOX 1148

SCRANTON   PA. 18501-1148

FILED
SCRANTON

NOV 07 2000

PER _____ RM
DEPUTY CLERK

DEAR MRS. D'ANDREA

        I'M INMATE DONALD GENTRY THE PLAINTIFF IN CASE NO.

1:CV-1675 GENTRY V. MORGAN IN WHICH I HAVE FAITHFULLY MADE

SEVERAL ALLEGATIONS AGAINST THE INSTITUTIONAL MEDICAL STAFF AND

DO PLAN TO FILE A AMENDED COMPLAINT AGAINST SEVERAL OFFICERS NURSES

COUNSELORS AND OTHER PRISON OFFICIALS. HOWEVER I'M CURRENTLY HOUSED

IN THE INSTITUTIONAL R.H.U. WHERE THE OFFICERS ARE STILL TAKING AND

DESTROYING MY MAIL AND GIVING IT TO OTHER INMATES THESE OFFICERS

ARE SGT. D. SMITHBOWER, OFFICER BITHELL, LT. B.S. LEAR AND MANY OTHER

OFFICERS.

        THE MAIL ROOM STAFF HAVE ALSO TAKING MY CERTIFIED MAIL AND

REFUSE TO GIVE ME A RETURN RECEIPT THE MAIL ROOM SUPERVISORS

NAME IS PEGGY EVERHART. I'VE TRYED WRITING TO THE INSTITUTIONAL

GRIEVANCE COORDINATOR ABOUT THESE ISSUES AND SIMPLY RECEIVED NO RESPONSE

WHATS CURRENTLY HAPPENING IS THE INSTITUTIONAL STAFF ARE ALL CURRENTLY

CONSIRING AGAINST ME TO MAKE ME SUFFER WHILE ATTEMPING TO MAKE ME

LOSS

        MY CRIMINAL AND CIVIL CASE. I DID HAVE A OPPORTUNITY TO

SPEAK WITH LT. B.S. LEAR AND I DID MENTION TO HIM ON 11/1/00

AT: 4:05 PM THAT I WAS NOT RECEIVING MY MAIL OR RETURN MAIL

RECEIPTS FOR MY CERTIFIED MAIL AND HE SIMPLY CURSED ME OUT

AND

told me not to start no Bullshit. And Him and Sgt. D. Smithbower

and officer Yabarrak exit the Housing Door Talkin about me.

I've sent several letters to the courts However I Have not

Received any Respone. In these Letters I've simply sent the

courts Motions Letters and Petitions Requesting the courts

To Issue orders Against staff Members and Appoint me Counsel

Do To Many Factors. But I simply Have not Received any

Answer to these Letters. I Could Probably write out my

own Amended Complaint. However I'm going to Need Alot

of Help and Assistant From the courts. If your court can

not

Provide me with any Assistants then I simply Request

That a Attorney Be Appointed To Help and Assist me

with My Legal Matters. But the First step is to make

sure I'm Recciving my mail. and that I Recieve the

Proper Forms. which Are a set of 1983 Forms and

12 US Marshall Forms. I Also Need A copy of the

Forms For writ of Habeas Corpus By A State Prisoner

so that I can Ask the courts To Release me. I'll Need

4 copys

of these Forms and a copy of the state Tort claim

Forms. these People Have Abused me and Violated all

of my Rights and its time To Fight Back. And the

Best way To Do it is through the court system. Because

if I take any other Actions I will only Be ~~~~~

Incarcerated Longer. Beings that inmates Are Possibly

Involed

I'm going to need extar help and assistant from the courts. And beings though I'm so close to the end of my 2½ to 11 years sentence its probably going to be best for the courts to order my release. I'm going to need to know when and how to file a motion. I'm going to need copys of the rules of court. I'm going to need to know how to file criminal charges against state employees, nureses and doctors. Because I have alot of strong allegations to make. And when the courts start to investigate its going to set out proof.

I want to courts to know about not only my own allegations but the allegations of those who are scared to speak out. I want to courts to investigate all of the curruption and the wrongful abuse and deaths of the other enmates who is scared to speak out or has died do to the staff members refusing to go to their aid. Just a few months ago a inmate fail in the main yard and the nureses on duty took at least 20 mins to come to the aid of the inmate as a result He

Lost his life to my knowledge nures Susan states and nures Kathy Allen was on duty. If I only knew the family I would gladly be a witness. Because I'm tired of the corruption and the abusing the enmates at this instituion. My first goal is to visit to courts

PERSONALLY ONCE I'm RELEASED. I'm THEN going to THE
MEDIA. AND TELL THEM HOW THE INMATES ARE BEING
TREATED HERE. I WANT TO TELL EVERY Body ABOUT THE
NURESES, THE DOCTORS, THE COUNSELORS AND THE
CORRUPTED STAFF. IF SOME ONE WOULD COME TO SEE ME
I'm WILLING TO GIVE EVERY DETAIL ABOUT ALL OF THE
CORRUPTION AND ALL OF THE CRUEL DEATHS THAT TOOK
PLACE HERE. I'm TIRED OF THE STAFF THATS WHY I'm
READY TO SPEAK OUT. IF YOU CAN'T HANDLE THIS COMPLAINT
THEN

PLEASE FILL THE PARTS THAT YOU CAN. AND SIMPLY SEND
A LETTER OF MY LETTER TO THE PROPER PERSON THAT
CAN. IF SOME PEOPLE DO NOT COME FOUTH AND SPEAK OUT
NOTHING WILL EVER BE DONE. THEREFOR I TRUST THAT
YOU WILL WORK WITH ME. I HOPE TO HEAR FROM
YOU VERY SOON. PLEASE FORWARD ALL OF MY MAIL
CERTIFIED.

Yours Truly

DONALD GENTRY CB-3431
SCI- SMITHFIELD

P.o. BOX 999, 1120 PIKE ST
HUNTINGDON PA. 16652