FILED
SCRANTON
NOV 2 4 2000
PER _____ DEPUTY CLERK

MRS. MARY E. D'ANDREA
UNITED STATES DISTRICT COURTS
P.O. BOX 1148
SCRANTON PA. 18501

00-CV-1675?

NOVEMBER 17-2000

"Request For Criminal Charges AND Injunction Order"

DEAR MRS D'ANDREA

I'm inmate Donald Gentry CB-3431 whom has most recently Filed A 1983 Law Suit Against Several Medical Officials and The Current Superintendant of the Current Institution where I'm Housed, I Have Filed Several Motions and Written Several Letters to The Courts Making Several Complaints about my mail officers Threaten me, and Harassing However I Have Not Received no Respone From The Courts. Its my Impression That The Staff is Taking my mail To Possible Keep me From Winning A Lawsuit Because

They Know That They Have Violated my Rights on Several Occasions out of good Faith. I Really Hold The Courts Fully Responsible Because The Courts Has Refused To Act On Any Of my Motions or Complaints To Present. I Want Arrest Warrants Served, And Injunction orders Issued. Which I Do Understand That my Law Suit is Based On Medical Issues It Has Grown Beyond Medical Issues

AND UNDER THE RULES OF COURT I HAVE A RIGHT TO FILE A CRIMINAL COMPLAINT. I WANT YOU TO SEND THE FEDERAL OFFICIALS TO INVESTIGATE. I WANT THE FEDS TO QUESTION EVERY CORRUPTED OFFICER, NURSE AND SCARED ASS INMATE. I'VE BEEN LOCKED UP IN THE R-H-U FOR 8 MONTHS AND ABUSED FOR NO REASON. NO MATTER WHAT MAY OF BEEN ACCUSED OF I'M STILL HUMAN. AND HUMANS ALL HAS RIGHTS IN THE COUNTRY. YOU ALREADY HAVE ALL OF THE INFORMATION THAT YOU NEED. NOW ITS GOING TO BE UP TO YOU TO PUT IT INTO EFFECT. ITS NOT ABOUT

MONEY ITS ABOUT PROTECTING HUMANS RIGHTS AND LOOKING OUT FOR MY OWN HEALTH. MY INTENTIONS IS TO FILE A AMENDED COMPLAINT BUT I CAN'T DO SO BECAUSE THE COURT HAS NOT YET SENT ME THE 1983 FORMS AND 1S US MARSHAL FORMS. I ALSO NEED FOR THE COURT TO GIVE ME SOME SUIT OF LEGAL HELP AND OR A ATTORNEY. WE HAVE THE PROOF BUT NO HELP OR ASSISTANTS

THE GRIEVANCE OFFICER AIN'T NOTHING BUT ANOTHER MEMBER OF THE HEAD OF CORRUPTION. NURSE KELLY COBALL SIMPLY SLANDERED MY NAME LT B.S. LEAR THREATIN MY LIFE. AND SEVERAL OFFICERS REFUSED TO GIVE ME MY MAIL AND SEND MAIL OUT.

Its time to lock the corrupted cops up. So lets start this investigation. I'm willing to come fourth and will tell you every thing about the deaths her and how the staff are abusing the inmates. I've written the superintpant and he simply ignored my complaints. Lets lock these criminals up and through the key away.

Yours Truly
David Gitty