DONALD GENTRY CB-3431
H-B 1
10745 Route 18
Albion PA. 16475-000

United States District Courts
of the Middle District
P.O. Box 1148
Scranton PA. 18501

1:00CV1675

FILED
SCRANTON
DEC - 4 2000

To: Whom it may concern

I'm inmate Donald Gentry CB-3431 whom is the plinff in case no 1CV-1675 Gentry V. Morgan who honorable gives notice to the courts that I've been transferred to the above institution. The inmate also give notice to the courts that he has sent several letters and two motions to the courts that has went completly un answered, and was simply ignored by the courts. Notice is also giving that the inmate intentions are to follow up his complaint against Mr Morgan and SCI-Smithfield's medical staff who violated his civil rights out of good faith and would like for the courts to please bring him up to date on his case, and send him a complet 1983 package with is US Marshalls along with all documents and orders of court as soon as possible.

Donald Gentry
11-21-00